# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1930
Lower Tribunal No. 2024-DR-006313

_____

ASHLEY DOUGLAS,

Appellant,

v.

JONATHAN SIDNEY,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

May 30, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

STARGEL, WOZNIAK and GANNAM, JJ., concur.


Ashley Douglas, Orlando, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED